**MEMO ENDORSED**

# EPSTEIN SACKS PLLC
### ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

**BENNETT M. EPSTEIN: (917) 653-7116**
**SARAH M. SACKS: (917) 566-6196**

September 13, 2023

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

Filed on ECF

<u>United States v. Mark Figuereo</u>
23 Cr. 457 (JGLC)

Dear Judge Clarke:

    We represent Mark Figuereo pursuant to the Criminal Justice Act. We write to ask for an additional week to get his second bail co-signer in place. He was released last week on his signature and the signature of one co-signer, and he then returned to pretrial the next day where he was fitted with an ankle bracelet. His mother, Elisa Figeureo, has agreed to be his second co-signer. Although she has been approved by the United States Attorney's Office, we ask for this additional time so that she can sign the bond.

    We have been in touch with AUSA Courtney Heavey and the Government has no objection to this request.

Application GRANTED. The deadline to secure all required cosigners for the bond is hereby extended to September 21, 2023. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 23.

Respectfully submitted,

*Sarah M. Sacks*

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 15, 2023
New York, New York