# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

**MEMO ENDORSED**

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

March 11, 2025

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

Filed on ECF

<u>United States v. Mark Figuereo</u>
23 Cr. 457 (JGLC)

Dear Judge Clarke:

     We represent Mark Figuereo pursuant to the Criminal Justice Act. Mr. Figuereo is currently out on bail with a curfew on weekdays and is monitored with a bracelet by pretrial services. His travel is restricted to the Southern and Eastern Districts of New York. We write to ask for a temporary modification to his travel restrictions that would allow him to accompany his son on a class trip to the Maritime Aquarium in Norwalk Connecticut this Thursday March 13, 2025. We have reached out to our client's pretrial services officer, Jonathan Lettieri, with this information and he has no objection to this request. We have also communicated with the Government, and they defer to pretrial services.

Respectfully submitted,

*Sarah M. Sacks*

Application GRANTED. Mr. Figuereo's conditions of bail are temporarily modified to permit travel to the District of Connecticut on March 13, 2025. All other conditions of bail shall remain in effect. Mr. Figuereo shall provide his pretrial services officer with the itinerary. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 116.

Dated: March 12, 2025
     New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge